IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R.V. Individually and On Behalf of S.V-W., a Minor,<br>      Plaintiff,<br><br>      v.<br><br>PEDRO A. RIVERA, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF EDUCATION,<br>      Defendants. | CIVIL ACTION<br><br><br><br>NO. 16-2277 |

## O R D E R

**AND NOW**, this 5th day of December, 2016, upon consideration of Defendants' motion to dismiss for failure to state a claim (ECF No. 5), the opposition thereto (ECF No. 13) as amended (ECF No.'s 18 and 19), the reply (ECF No. 14), and sur-reply (ECF No. 17), it is hereby **ORDERED** that the motion to dismiss is **DENIED**.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**